476 A.2d 82

Kress v. Kress, et al., Appellant.

586

Submitted June 8, 1983. Chris F. Gillotti, for appellant; Robert Raphael, for appellee.

Before CERCONE, President Judge, and SPAETH and HESTER, JJ.

Order affirmed.